UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR 217 (OAW) (MEG) |
| v. | VIOLATIONS: |
| STEFAN BAGLEY, JR. | 18 U.S.C. §§ 922(a)(l)(A) and 924(a)(l)(D) (Engaging in the Business of Dealing Firearms without a License) |
| | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearms Trafficking Conspiracy) |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (False Statement During the Purchase of a Firearm) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Engaging in the Business of Dealing Firearms without a License)

1. From approximately October 2022 through on or about October 27, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

COUNT TWO
(Firearms Trafficking Conspiracy)

2. From approximately October 2022 through on or about October 27, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., and others known and unknown to the Grand Jury, did knowingly and intentionally

1

conspire to violate the firearm laws of the United States.

3. It was a part and an object of the conspiracy that the defendant STEFAN BAGLEY, JR., together with others known and unknown to the Grand Jury, knowingly and intentionally agreed to ship, transport, transfer, cause to be transported, receive from another person, and otherwise dispose of firearms in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, possession, and receipt of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT THREE
(False Statement During the Purchase of a Firearm)

4. On or about October 27, 2023, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., in connection with the acquisition of a firearm, to wit, one Glock 26 Gen5 9mm semiautomatic pistol bearing serial number AGSS551, from 111 Elite Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to 111 Elite Firearms which statement was intended and likely to deceive 111 Elite Firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that he was "the actual transferee/buyer of all of the firearm(s) listed on this form," when in fact as the defendant then knew, he was not the actual transferee/buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offenses)

5. Upon conviction of one or more of the firearms offenses alleged in Counts One, Two, and Three of this Indictment, the defendant, STEFAN BAGLEY, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(6), and 933, and all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations.

All in accordance with Title 18, United States Code, Section 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery/AH*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
MARGARET MAIGRET DONOVAN
ASSISTANT UNITED STATES ATTORNEY

3