DEC 12 2023 PM 1:55
FILED-USDC-CT-NEW_HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR217(OAW) (MEG) |
|---|---|
| v. | VIOLATIONS: |
| STEFAN BAGLEY, JR., TREMAYNE FERGUSON, a.k.a., "Tre," JEFFREY CHARLESTON, a.k.a. "J Dot," ESKAVAIL GORDON, a.k.a. "Vail," CHASE DRALLE, a.k.a. "Chevy," and JAMAINE ADKINS, JR., a.k.a. "G Banger" | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (Engaging in the Business of Dealing Firearms without a License) |
| | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearms Trafficking Conspiracy) |
| | 18 U.S.C. §§ 933(a)(1), 933(a)(2), and 933(b) (Firearm Trafficking) |
| | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Possession of a Firearm with an Obliterated Serial Number) |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (False Statement During the Purchase of a Firearm) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Engaging in the Business of Dealing Firearms without a License)

1. From approximately October 2022 through on or about October 27, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO
(Firearms Trafficking Conspiracy)

2. From approximately October 2022 through on or about October 27, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendants STEFAN BAGLEY, JR., TREMAYNE FERGUSON, a.k.a. "Tre," JEFFREY CHARLESTON, a.k.a. "J Dot," ESKAVAIL GORDON, a.k.a. "Vail," and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the firearm laws of the United States.

3. It was a part and an object of the conspiracy that the defendant STEFAN BAGLEY, JR., TREMAYNE FERGUSON, a.k.a. "Tre," JEFFREY CHARLESTON, a.k.a. "J Dot," and ESKAVAIL GORDON, a.k.a. "Vail," together with others known and unknown to the Grand Jury, knowingly and intentionally agreed to ship, transport, transfer, cause to be transported, receive from another person, and otherwise dispose of firearms in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, possession, and receipt of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT THREE
(Firearm Trafficking - Transfer)

4. On or about December 2, 2022, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock 19, 9mm firearm originally bearing serial number AGRV084, to JEFFREY CHARLESTON, a.k.a. "J Dot," in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of

the firearm by JEFFREY CHARLESTON, a.k.a. "J Dot," would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT FOUR
(Firearm Trafficking - Receipt)

5. On or about December 2, 2022, in the District of Connecticut, the defendant JEFFREY CHARLESTON, a.k.a. "J Dot," did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Glock 19, 9mm firearm originally bearing serial number AGRV084, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT FIVE
(Firearm Trafficking - Transfer)

6. On or about January 5, 2023, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock 45, 9mm firearm originally bearing serial number BYSU046, to JEFFREY CHARLESTON, a.k.a. "J Dot," in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by JEFFREY CHARLESTON, a.k.a. "J Dot," would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT SIX
(Firearm Trafficking - Receipt)

7. On or about January 5, 2023, in the District of Connecticut, the defendant JEFFREY CHARLESTON, a.k.a. "J Dot," did receive from another person, in or otherwise

affecting interstate or foreign commerce, a firearm, to wit: a Glock 45, 9mm firearm originally bearing serial number BYSU046, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT SEVEN
(Firearm Trafficking - Transfer)

8. On or about March 26, 2023, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock 43X, 9mm firearm originally bearing serial number BZTK603, to ESKAVAIL GORDON, a.k.a. "Vail," in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by ESKAVAIL GORDON, a.k.a. "Vail," would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT EIGHT
(Firearm Trafficking - Receipt)

9. On or about March 26, 2023, in the District of Connecticut, the defendant ESKAVAIL GORDON, a.k.a. "Vail," did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Glock 43X, 9mm firearm originally bearing serial number BZTK603, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT NINE
(Firearm Trafficking - Transfer)

10. On or about August 10, 2023, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Sarsilmaz SAR 9, 9mm firearm originally bearing serial number T110220BV68073, to CHASE DRALLE, a.k.a. "Chevy," in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by CHASE DRALLE, a.k.a. "Chevy," would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT TEN
(Firearm Trafficking - Receipt)

11. On or about August 10, 2023, in the District of Connecticut, the defendant CHASE DRALLE, a.k.a. "Chevy," did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Sarsilmaz SAR 9, 9mm firearm originally bearing serial number T110220BV68073, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT ELEVEN
(Possession of a Firearm with an Obliterated Serial Number)

12. On or about November 19, 2022, in the District of Connecticut, the defendant JAMAINE ADKINS, JR., a.k.a. "G Banger," knowingly possessed a firearm, that is, a Springfield Armory, Model XDE, 9mm firearm originally bearing serial number HE905050, which had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT TWELVE
(False Statement During the Purchase of a Firearm)

13. On or about October 27, 2023, in the District of Connecticut, the defendant STEFAN BAGLEY, JR., in connection with the acquisition of a firearm, to wit, one Glock 26 Gen5 9mm semiautomatic pistol bearing serial number AGSS551, from 111 Elite Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to 111 Elite Firearms which statement was intended and likely to deceive 111 Elite Firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that he was "the actual transferee/buyer of all of the firearm(s) listed on this form," when in fact as the defendant then knew, he was not the actual transferee/buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offenses)

14. Upon conviction of one or more of the firearms offenses alleged in Counts One, Eleven, and Twelve of this Superseding Indictment, the defendants, STEFAN BAGLEY, JR. and JAMAINE ADKINS, JR., a.k.a. "G Banger," shall forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(6), and 922(k), including but not limited to the following: one Springfield Armory, Model XDE, 9mm firearm originally bearing serial number HE905050; one Glock 26 Gen5 9mm semiautomatic pistol bearing serial number AGSS551, from 111 Elite

Firearms; and all associated ammunition.

All in accordance with Title 18, United States Code, Sections 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

15.     Upon conviction of one or more of the firearms trafficking offenses alleged in Counts Two through Ten of this Superseding Indictment, STEFAN BAGLEY, JR., TREMAYNE FERGUSON, a.k.a. "Tre," JEFFREY CHARLESTON, a.k.a. "J Dot," ESKAVAIL GORDON, a.k.a. "Vail," and CHASE DRALLE, a.k.a. "Chevy," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 933(a)(1), 933(a)(2), and 933(a)(3), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to the following: one Springfield Armory, Model XDE, 9mm firearm originally bearing serial number HE905050; one Glock 19, 9mm firearm originally bearing serial number AGRV084; one Glock 45, 9mm firearm originally bearing serial number BYSU046; one Glock 43X, 9mm firearm originally bearing serial number BZTK603; one Sarsilmaz SAR 9, 9mm firearm originally bearing serial number T110220BV68073; and one Glock 26, Gen5 9mm semiautomatic pistol bearing serial number AGSS551.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

MARGARET MAIGRET DONOVAN
ASSISTANT UNITED STATES ATTORNEY